## RETURN OF SERVICE

| | DATE November 29, 2007 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER Ana Portilla | TITLE Legal Assistant |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On November 29, 2007, Summons was served by U.S. certified mail on the following: Civil Process Clerk, Office of the U.S. Attorney, 450 Golden Gate Ave., 10th Floor, Box 36055, San Francisco, CA 94102; F. Gerard Heinauer, Director, Nebraska Service Center, USCIS, 850 S Street, Lincoln, NE 68508; Christina Poulos, Director, California Service Center, USCIS, 24000 Avila Rd., 2nd Floor, Rm. 2312, Laguna Niguel, CA 92677; Emilio T. Gonzalez, Director, DHS, Washington DC 20528; Michael Chertoff, Secretary, DHS, Washington DC 20530; Peter D. Keisler, Acting Attorney General, USDOJ, 950 Pennsylvania Ave., Washington, DC 20530; Robert S. Mueller, III, FBI, 935 Pennsylvania Ave., NW, Washington, DC 20535

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 24, 2007
               Date

Signature of Server

Address of Server: Van Der Hout, Brigagliano & Nightingale, 180 Sutter St. 5th Floor, San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure