| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROXANA ARVANDI, | ) | |
| Plaintiff, | ) | No. C 07-6039 RS |
| v. | ) | |
| F. GERARD HEINAUER, in his Official Capacity, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, CHRISTINA POULOS, in her Official Capacity, Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity, Attorney General, U.S. Department of Justice; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation, | ) | **ANSWER** |
| Defendants. | ) | |

Defendants hereby submit their answer to Plaintiff's Petition for Writ of Mandamus.

**INTRODUCTION**

1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is

ANSWER
C 07-6039 RS                                              1

necessary; however, to the extent a response is deemed to be required, the allegations in Paragraph One are denied.

2. Paragraph Two consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the allegations in Paragraph Two are denied.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five; however, any public information regarding processing times refers to cases within the control of USCIS, not cases with pending FBI name checks.

6. Defendants deny the allegations in Paragraph Six.

**JURISDICTION AND VENUE**

7. Paragraph Seven consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

8. Paragraph Eight consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

9. Defendants admit the allegations in Paragraph Nine.

**PARTIES**

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants admit the allegations in Paragraph Sixteen.

**FACTUAL ALLEGATIONS**

17. Defendants admit the allegations in Paragraph Seventeen.

1   18. Defendants admit the allegations in Paragraph Eighteen.

2   19. Defendants admit the allegations in Paragraph Nineteen.

3   20. Defendants are without sufficient information to admit or deny the allegations in Paragraph
4   Twenty.

5   21. Defendants are without sufficient information to admit or deny the allegations in
6   Paragraph Twenty-One.

7   22. Defendants are without sufficient information to admit or deny the allegations in
8   Paragraph Twenty-Two.

9   23. Defendants are without sufficient information to admit or deny the allegations in
10   Paragraph Twenty-Three.

11   24. Defendants are without sufficient information to admit or deny the allegations in
12   Paragraph Twenty-Four.

13   25. Defendants are without sufficient information to admit or deny the allegations in
14   Paragraph Twenty-Five.

15   26. Defendants are without sufficient information to admit or deny the allegations in
16   Paragraph Twenty-Six.

17   27. Defendants admit the allegations in Paragraph Twenty-Seven; however, any public
18   information regarding processing times refers to cases within the control of USCIS, not cases with
19   pending FBI name checks.

20   28. Defendants deny the allegations in Paragraph Twenty-Eight.

21   **CAUSE OF ACTION**

22   29. Defendants incorporate their responses to Paragraph One through Twenty-Eight as if set
23   forth fully herein.

24   30. Defendants admit the allegations in Paragraph Thirty.

25   31. Defendants admit that Plaintiff meets the approved visa petition requirement for
26   adjustment.

27   32. Defendants admit the allegations in Paragraph Thirty-Two.

28   33. Defendants admit the allegations in Paragraph Thirty-Three; however, any public

ANSWER
C 07-6039 RS                                              3

information regarding processing times refers to cases within the control of USCIS, not cases with pending FBI name checks.

34. Defendants admit the allegations in Paragraph Thirty-Four.

35. Defendants deny the allegations in Paragraph Thirty-Five.

36. Defendants deny the allegations in Paragraph Thirty-Six.

37. Defendants deny the allegations in Paragraph Thirty-Seven.

## PRAYER

The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Petition fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the application referred to in the Petition to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

///

1     WHEREFORE, Defendants pray for relief as follows:

2     That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: January 29, 2008                       Respectfully submitted,

                                                                JOSEPH P. RUSSONIELLO
                                                                United States Attorney

                                                                 /s/
                                                                ILA C. DEISS
                                                                Assistant United States Attorney
                                                                Attorneys for Defendants