JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROXANA ARVANDI, | ) |
|       Plaintiff, | ) No. C 07-6039 RS |
|      v. | ) |
| F. GERARD HEINAUER, in his Official Capacity, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, CHRISTINA POULOS, in her Official Capacity, Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity, Attorney General, U.S. Department of Justice; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation, | ) **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
|       Defendants. | ) |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

Parties' Consent to Magistrate Jurisdiction
C 07-6039 RS                        1

1 | conduct any and all further proceedings in the case, including trial, and order the entry of a final
2 | judgment.

3 | Dated: January 31, 2008  Respectfully submitted,

4 | JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

10 | Dated: January 31, 2008  /s/
MARC VAN DER HOUT
BETH L. FEINBERG
Attorneys for Plaintiff

Parties' Consent to Magistrate Jurisdiction
C 07-6039 RS                                2