**United States District Court**
For the Northern District of California

**\*E-FILED 2/6/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROXANA ARVANDI,                                             NO. C 07-06039 RS

    Plaintiff,                                                       **ORDER**

  v.

F. GERARD HEINAUER, et al.,

    Defendants.
_____/

In this action, plaintiff seeks to compel defendants to take action on her I-485 application. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment for hearing as promptly as practicable.

The Order Setting Initial Case Management Conference and ADR Deadlines entered on November 7, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: February 6, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-06039 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ila Casy Deiss     ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

Beth Louise Feinberg     bfei@vblaw.com, ndca@vblaw.com

Marc Van Der Hout     ndca@vblaw.com

Marc VanDerHout     ndca@vblaw.com

**Dated: February 6, 2008**                              **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**

ORDER
C 07-06039 RS

2