1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROXANA ARVANDI, | ) |
| Plaintiff, | ) No. C 07-6039 RS |
| v. | ) |
| F. GERARD HEINAUER, in his Official Capacity, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, CHRISTINA POULOS, in her Official Capacity, Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity, Attorney General, U.S. Department of Justice; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation, | ) **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| Defendants. | ) |

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of the parties' cross-motions for summary judgment. The parties agree that there is a reasonable

Stipulation to Extend Dates
C 07-6039 RS                                1

likelihood that this case can be administratively resolved in the next 60 days, and that the case will be moot.

Accordingly, the parties respectfully ask this Court to extend the date of the parties' cross-motions for summary judgment by 60 days. If the case becomes moot, the parties will file a stipulation to dismiss. If the case is not administratively resolved, the parties will file a joint stipulation setting out the dates for the cross-motions for summary judgment.

Dated: February 25, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                            /s/
                                            ILA C. DEISS[1]
                                            Assistant United States Attorney
                                            Attorney for Defendants


Dated: February 22, 2008                         /s/
                                            MARC VAN DER HOUT
                                            BETH L. FEINBERG
                                            Attorneys for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
                                            RICHARD SEEBORG
                                            United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C 07-6039 RS                                2