| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney | |
| 2  JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney | *E-FILED 4/14/08* |
| 3  Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 | |
| 4  Assistant United States Attorney | |
| 5  450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 | |
| 6  Telephone: (415) 436-7124<br>FAX: (415) 436-7169 | |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROXANA ARVANDI,<br><br>          Plaintiff,<br><br>     v.<br><br>F. GERARD HEINAUER, in his Official Capacity, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, CHRISTINA POULOS, in her Official Capacity, Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity, Attorney General, U.S. Department of Justice; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation,<br><br>          Defendants. | No. C 07-6039 RS<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Stipulation to Extend Dates
C 07-6039 RS                                                1

1  Each of the parties shall bear their own costs and fees.

2  Dated: April 11, 2008                                  Respectfully submitted,

3                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

4

5

6                                                          _____/s/_____
                                                           ILA C. DEISS[1]
                                                           Assistant United States Attorney
7                                                          Attorney for Defendants

8

9  Dated: April 11, 2008                                   _____/s/_____
                                                           MARC VAN DER HOUT
10                                                         BETH L. FEINBERG
                                                           Attorneys for Plaintiff

11

12

13

14                                          **ORDER**

15  Pursuant to stipulation, IT IS SO ORDERED.

16  Date:   April 14, 2008                                 _____
                                                           RICHARD SEEBORG
17                                                         United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C 07-6039 RS                                      2